B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wilson, Marc Henry** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wilson, Tara Seigler** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9058** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2046** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1130 Waterford Green Lane**<br>**Marietta, GA**                    ZIP Code **30068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1130 Waterford Green Lane**<br>**Marietta, GA**                    ZIP Code **30068** |
| County of Residence or of the Principal Place of Business:<br>**Cobb** | County of Residence or of the Principal Place of Business:<br>**Cobb** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11       ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wilson, Marc Henry**<br>**Wilson, Tara Seigler** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wilson, Marc Henry<br>Wilson, Tara Seigler |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X /s/ Marc Henry Wilson**<br>Signature of Debtor **Marc Henry Wilson**<br><br>**X /s/ Tara Seigler Wilson**<br>Signature of Joint Debtor **Tara Seigler Wilson**<br><br>Telephone Number (If not represented by attorney)<br><br>**March 21, 2011**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X /s/ Samuel D. Hicks**<br>Signature of Attorney for Debtor(s)<br>**Samuel D. Hicks 351625**<br>Printed Name of Attorney for Debtor(s)<br>**Hicks, Casey, & Foster, P.C.**<br>Firm Name<br>**136 N.Fairground Street**<br>**Suite100**<br>**Marietta, GA 30060**<br>Address<br><br>Email: sam.hicks@hickscasey.com<br>**770-428-1000 Fax: 770-428-4684**<br>Telephone Number<br>**March 21, 2011**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Marc Henry Wilson**
**Tara Seigler Wilson**
Debtor(s)

Case No.
Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Marc Henry Wilson**
**Marc Henry Wilson**

Date:  **March 21, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Marc Henry Wilson**
**Tara Seigler Wilson**
                                    Debtor(s)

Case No.
Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Tara Seigler Wilson**
                      **Tara Seigler Wilson**

Date:   **March 21, 2011**

.

A. Arnold Bernhard
Sonnenberg Strasse 34 8708
Maennedorf, Switzerland


ABR Services, Inc.
209 East Chestnut Street
Asheville, NC 28801


Abromowitz Investments Company
7120 Memory Lane
Dayton, OH 45414


Adam Russo
Lefkoff, Rubin & Gleason #900
5555 Glenridge Connector
Atlanta, GA 30342


Adams Hendon Carson
Crow  and Sainger PA
P.O. Box 2714
Asheville, NC 28802


Adams Outdoor Advertising
P.O. Box 60451
Charlotte, NC 28260


Alford & Wilkins, PC
P.O. Drawer 60451
Charlotte, NC 28260


All Surfaces
P.O. Box 2371
Ridgeland, SC 29936


Allen Arcand
304 Ninth Street
Black Mountain, NC 28711

```
Ally Bank
P.O. Box 3808902
Minneapolis, MN 55438-0902


American Express
Centurion Bank
P.O. Box 360002
Fort Lauderdale, FL 33336-0002


American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express
P.O. Box 7871
Fort Lauderdale, FL 33329


American Express
P.O. Box 297812
Fort Lauderdale, FL 33329


American Express
c/o Alfredo E. Cordoba
1625 South Congress Avenue
Delray Beach, FL 33445


Arnold Buckner, Jr
11 Hilcrest Place
High Point, NC 27262


Barbara Brunialti
1003 Wolverine Drive
Beaufort, SC 29902
```

```
Basin
2639 Timberbrooke Way
Duluth, GA 30097




BB&T
P.O. Box 580048
Charlotte, NC 28258




BB&T
P.O. Box 819
Wilson, NC 27894-0819




BB&T
c/o David Hayes
One West Pack Square
Asheville, NC 28801




BB&T Financial
P.O. Box 580340
Charlotte, NC 28258-0340




BB&T Financial
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342




Beachview Tent Rentals
Attn: Suzanne Hood
3387 Hwy 17
Brunswick, GA 31523




Bennett Thrasher, PC
3625 Cumberland Blvd
Suite 1000
Atlanta, GA 30339




Black Mountain Assets, LLC
P.O. Box 4549
Gulf Shores, AL 36547
```

```
Black Mountain Holdings, LLC
3414 Peachtree Road NE
Ste 230
Atlanta, GA 30326



Black Mountain InsuranceRealty
118 West State Street
Black Mountain, NC 28711



Black Mountain, LLC
4300 Paces Ferry Road
Ste 500
Atlanta, GA 30339



Blaker & Michael Blyakher
445 Lakehill Court
Alpharetta, GA 30022



Bond Safeguard
256 Jackson Meadows Drive
Suite 201
Hermitage, TN 37076



Bottom Line Products
4808 Technology Drive
Augusta, GA 30907



Boyd
7382 Hermitage Palms Estates
Drive
Fort Myers, FL 33912



Branch Banking & Trust
P.O. Box 1489
Lumberton, NC 28359
```

Branch Banking & Trust
c/o David Hayes
One West Park Square 2nd Fl
Asheville, NC 28801

Brenda Bowman
5321 Carver Oaks Drive
Apt #912
Fayetteville, NC 28311

Bruce & Tammy Burnett
59617 Bedford Pines Court
Raleigh, NC 27613

Bruce M. Derby
312 Bontana Avenue
Fort Lauderdale, FL 33301

Brushy Mountain Builders, Inc
3390 Gaither Walker Circle
Lenoir, NC 28645

Buncombe County Tax
Collector  Dept 903
P.O. Box 1070
Charlotte, NC 28201-1090

Bunnell-Lammons Engineering
Inc.
6004 Ponders Court
Greenville, SC 29615

C.D. Post Construction, Inc.
P.O. Box 27
Port Royal, SC 29935

Caine & Weiner
1100 East Woodfield Road
#425
Schaumburg, IL 60173


Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


Caleb Bernis
19 Lake Avenue
Black Mountain, NC 28711


Camp & Associates
Land Survey
P.O. Box 282
Lagrange, GA 30241


Chris Bolick
P.O. Box 1266
Black Mountain, NC 28711


Client Services, Inc.
3451 Harry Truman Boulevard
Saint Charles, MO 63301-4047


Daniel Buckley
24 Linda Court
Canonsburg, PA 15317


Darilyn Alderman
1625 Menlo Road
Fort Myers, FL 33901


David Anderson
8726 Cahill Lane
Charlotte, NC 28277

David Booth
45 Fates Overlook Loop
Black Mountain, NC 28711


Dennis Axelson
5212 Alexander Drive
Racine, WI 53402


Direct Loan Svc System
P.O. Box 5609
Greenville, TX 75403-5609


Discover
P.O. Box 15251
Wilmington, DE 19886-5251


Donald Bowman
181 Settings Blvd
Black Mountain, NC 28711


Edward C. Knight
P.O. Box 1147
Black Mountain, NC 28711


Elizabeth Blake
6721 Bradmoor Drive
Bryantown, MD 20617


Focus 3, Inc.
c/o Manning Fulton
3605 Glenwood Avenue Ste 500
Raleigh, NC 27612-3970


FPC Funding, LLC
as assignee of IFC Attn: Accts
NW 7668 P.O. Box 1450
Minneapolis, MN 55485-7668

George Ackerman
137 Mayhew Drive
South Orange, NJ 07079


George Beaseete, II
3335 Horshoe Bend Court
Longwood, FL 32779


Gerald Benock
12576 Bacchus Road
Port Charlotte, FL 33981


Gregory Ball
870 Longstone Landing
Alpharetta, GA 30022


Henry Bolar
282 W. Congressional Court
Vernon Hills, IL 60061


Home Depot
P.O. Box 6029
The Lakes, NV 88901


J. Hardman Knox
2397 Howell Mill Road
Atlanta, GA 30318


Jack Arb
2375 Galaxy Way
Lake Orion, MI 48360


James Adams
5 Greentree Court Egg
Egg Harbor Township, NJ 08234

James Barocas
16 Moss Point
Ormond Beach, FL 32174


James Bense
90 W. 19th Street
Huntington Station, NY 11746


John Bennett
134 Circle Slope Drive
Simpsonville, SC 29681


John Bonenberger
605 S. Miramar Ave
#3401
Indialantic, FL 32903


John W. Bettes
43459 Scenic Lane
Northville, MI 48167


Jon Callahan
4628 W. Leons Street
Tampa, FL 33629


Joseph E. Baldassare
1 Rachel Court
Stewartsville, NJ 08886


Lefkoff, Rubin, & Gleason
5555 Glenridge Road
Ste 900
Atlanta, GA 30342


Magna Andersen
6606 Reddleston Court
Spring, TX 77389

Manning Fulton
3605 Glenwood Avenue
Glenwood Plaza Suite 500
Raleigh, NC 27612


Mark D. Bowman
6321 Carver Oaks Drive
Apt 912
Fayetteville, NC 28311


McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


McGuire Woods, LLP
201 North Tryon Street
Charlotte, NC 28202


Michael Almenoff
P.O. Box 1100
Weaverville, NC 28787


Michael T. Price
10817 Shoreline Drive
Baton Rouge, LA 70809


Milton Blaut
3052 Birkdale Drive
Fort Lauderdale, FL 33332


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


Pitney Bowes
P.O. Box 856042
Louisville, KY 40285

```
Quantum/G&A Joint Venture
RAC
11138 State Bridge Road
Alpharetta, GA 30022-6009



Richard Adams
15514 Yorktown Drive
Washington, DC 20025



Richard Avioli
3871 Country Club Drive
Gastonia, NC 28056



Richard W. McWhorter
3030 Loridian Way
Atlanta, GA 30339



Roderick Alla
1502 Tallulah Court
Houston, TX 77077



Ruth Buchanan
8 Surrey Lane
Durham, NC 27707



Scott Breitkopf
11028 SW 77th Fourth Circle
Miami, FL 33156



SunTrust Bank
P.O. Box 79282
Baltimore, MD 21279-0282



SunTrust Bank
P.O. Box 791250
Baltimore, MD 21279-1250
```

```
SunTrust Mortgage
P.O. Box 26149
Richmond, VA 23260-6149


The Geheren Firm, PC
1535 Mt. Vernon Road
Dunwoody, GA 30338


U.S. Bank
P.O. Box 2407
Minneapolis, MN 55402


United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929


Vinings Jubilee Partners
4300 Paces Ferry Road
Suite 245
Atlanta, GA 30339


Wayne Bryant
13 Turney Road
Redding, CT 06696


West Asset Management
220 Sunset Boulevard
Suite A
Sherman, TX 75092


Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1031
```

```
Zwicker & Associates
Three Oaks Office Park
965 Oakland Rd, Ste 3-D
Lawrenceville, GA 30044
```